1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   JAVIER LABRA and WENDY        )
     KASSNER-LABRA,                )
12                                 )        No. C09-2537 BZ
                 Plaintiff(s),     )
13                                 )
          v.                       )        **SCHEDULING ORDER**
14                                 )
     CAL-WESTERN RECONVEYANCE      )
15   CORP., et al.,                )
                                   )
16               Defendant(s).     )
     _____)
17

18        Defendant Aurora Loan Services has noticed two motions

19   for hearing on September 16, 2009, which is not a civil law

20   and motion date.  **IT IS THEREFORE ORDERED** as follows:

21        1.  Any opposition to either motion shall be filed by

22   **August 31, 2009.**  Any reply shall be filed by **September 9,**

23   **2009**.

24        2.  The motions will be heard on **October 7, 2009 at**

25   **10:00 a.m.** in  Courtroom G, 15th Floor, Federal Building, 450

26   Golden Gate Avenue, San Francisco, California 94102.

27        3.  By no later than **August 31, 2009**, each party shall

28   consent to or decline magistrate judge jurisdiction.  The form

                                    1

1 │ to consent to or decline magistrate judge jurisdiction may be

2 │ found on the court's website at: http://www.cand.uscourts.gov.

3 │ Dated: August 10, 2009

4 │

5 │                          _____
   │                          Bernard Zimmerman
   │                      United States Magistrate Judge
6 │

7 │ G:\BZALL\-BZCASES\LABRA V. CAL WESTERN\SCHEDULING ORDER.wpd

8 │

9 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

2