UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LABRA and WENDY KASSNER-LABRA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CAL-WESTERN RECONVEYANCE CORP., et al.,<br><br>　　　　Defendant(s). | No. C09-2537 BZ<br><br>**ORDER REFERRING CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: August 11, 2009

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\LABRA V. CAL WESTERN\ORD REFERRING CASE TO ADR.wpd

1