| | |
|---|---|
| 1 | Eric D. Houser (SBN 130079) |
| 2 | Joshua H. Abel (SBN 244592) |
| | HOUSER & ALLISON |
| 3 | A Professional Corporation |
| 4 | 9970 Research Drive |
| | Irvine, California 92618 |
| 5 | Telephone: (949) 679-1111 |
| 6 | Facsimile: (949) 679-1112 |
| 7 | |
| | Attorneys for Defendant, |
| 8 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER LABRA, WENDY KASSNER-LABRA, | ) | Case No.: 3:09-CV-02537 |
| | ) | Hon: Bernard Zimmerman |
| Plaintiffs, | ) | |
| | ) | **STIPULATION TO DISMISS** |
| v. | ) | **MORTGAGE ELECTRONIC** |
| | ) | **REGISTRATION SYSTEMS, INC.** |
| CAL-WESTERN RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AURORA LOAN SERVICES, and DOES 1 - 20, Inclusive, | ) | Complaint Filed: May 26, 2009 |
| | ) | Trial Date: None |
| Defendants. | ) | |

/ / /

/ / /

/ / /

# STIPULATION AND ORDER TO DISMISS

The parties hereby having agreed to a dismissal of Mortgage Electronic Registration Systems, Inc. ("MERS") without prejudice and for good cause appearing;

IT IS HEREBY STIPULATED between Plaintiffs Javier Labra and Wendy Kassner-Labra, and Defendant MERS, that MERS shall be dismissed without prejudice and each side to bear their own costs and attorney fees.

Submitted by:

Date: September 17, 2009          REILAND / LAW

/s/ Hal Reiland
HAL REILAND
Counsel for Plaintiffs, JAVIER LABRA
and WENDY KASSNER-LABRA

Date: September 17, 2009          HOUSER & ALLISON, APC

/s/ Joshua H. Abel
JOSHUA H. ABEL
Counsel for Defendant, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.

10/8/09

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                               ) SS
COUNTY OF ORANGE     )

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

    On September 17, 2009 I served the following document(s) described as follows:

**STIPULATION TO DISMISS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

On the following interested parties in this action:

| | |
|---|---|
| Hal Reiland<br>Reiland/Law<br>6140 Stoneridge Mall Road, #350<br>Pleasanton, CA 94588<br>*Attorney for Plaintiffs* | Robin W. Siefkin<br>US District Court - ADR Program<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102<br>*Mediator* |
| Justin D. Balser<br>Akerman Senterfitt LLP<br>The Kittredge Building<br>511 Sixteenth Street, Suite 420<br>Denver, CO 80202<br>*Attorneys for Defendant,*<br>*Aurora Loan Services, LLC* | Donald Michael Scotten<br>Michael Bryan Wall<br>Akerman Senterfitt LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90017-5433<br>*Attorney for Defendant,*<br>*Aurora Loan Services, LLC* |
| Michelle Mierzwa<br>Corporate Counsel<br>Cal-Western Reconveyance Corporation<br>525 East Main Street<br>El Cajon, CA 92020<br>*Attorney for Defendant,*<br>*Cal-Western Reconveyance Corporation* | |

1   [X]   VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5 and/or FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on September 17, 2009 at Irvine, California.

Courtney Hershey

---

**STIPULATION TO DISMISS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. – 3:09-CV-02537 BZ**

4