1

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5

6

7 JAVIER LABRA, et al.,

8            Plaintiffs,                    No. C 09-2537 PJH

9      v.                      **ORDER DENYING APPLICATION**
                                          **FOR TEMPORARY RESTRAINING**

10 CAL-WESTERN RECONVEYENCE      **ORDER**
CORPORATION, et al.,

11

12            Defendants.
        _____/

13       Plaintiffs' application for a temporary restraining order came on for hearing before

14 this court on October 23, 2009. Plaintiffs appeared by John Harding (for their counsel

15 Harold Reiland), and defendant Aurora Loan Services LLC appeared by its counsel Robert

16 Shaw. Having read the parties' papers, and carefully considered their arguments and the

17 relevant legal authority, and good cause appearing, the court hereby DENIES the

18 application as follows and for the reasons stated at the hearing.

19       Requests for temporary restraining orders are governed by the same general

20 standards that govern the issuance of a preliminary injunction. See New Motor Vehicle Bd.

21 v. Orrin W. Fox Co., 434 U.S. 1345, 1347 n.2 (1977); Stuhlbarg Int'l Sales Co., Inc. v. John

22 D. Brush & Co., Inc., 240 F.3d 832, 839 n. 7 (9th Cir. 2001).

23       A plaintiff seeking a preliminary injunction must establish that he is likely to succeed

24 on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief,

25 that the balance of equities tips in his favor, and that an injunction is in the public interest.

26 Winter v. Natural Resources Defense Council, Inc., 129 S.Ct. 365, 374 (2008).

27       The court finds that plaintiffs' application must be denied because they have not met

28 their burden of showing likelihood of success on the merits. In particular, they have not

established that defendant Cal-Western Reconveyance Corporation was not a proper trustee and had no power of sale under the deed of trust.

If plaintiffs wish to go forward with a motion for preliminary injunction, the court will hear that motion on November 18, 2009, at the same time as defendant Aurora's pending motion to dismiss. The motion for preliminary injunction shall be filed no later than October 30, 2009. The opposition shall be filed no later than November 6, 2009, and the reply shall be filed no later than November 10, 2009. The opposition to and reply in support of the motion to dismiss shall be filed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: October 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge