1
2
3
4
5
6                  UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11 JAVIER LABRA, et al.,
12            Plaintiffs,               No. C 09-2537 PJH
13         v.                   **ORDER**
14 CAL-WESTERN RECONVEYANCE
CORPORATION, et al.,
15
16            Defendants.
_____/

17       On March 11, 2010, the court granted the motion of defendants Aurora Bank FSB

18 and Aurora Loan Services LLC for an order dismissing the claims asserted against them.

19 The court also continued the date for the initial case management conference, noting that

20 the new date would be after the 120-day period allowed for service of the summons and

21 complaint under Federal Rule of Civil Procedure 4(m).

22       Also on March 11, 2010, plaintiffs' attorney Hal Reiland, who had previously filed a

23 notice of substitution of counsel (substituting plaintiffs proceeding in propria persona), filed

24 a case management statement purporting to summarize the status of service on all

25 defendants named in the first amended complaint.

26       Whatever was intended by that filing, it does not qualify as a certificate of service as

27 required under the Federal Rules of Civil Procedure and the Civil Local Rules.  As Mr.

28 Reiland was still representing plaintiffs at the time of the alleged service, he remains

responsible for filing adequate certificates of service on all defendants, in conformance with the appropriate rules.

Mr. Reiland is directed to serve a copy of this order and the March 11, 2010 order on plaintiffs.

**IT IS SO ORDERED.**

Dated: March 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge