# UNITED STATES DISTRICT COURT

Northern _____  **District of** _____ California _____

Javier Labra, Wendy Kassner-Labra

Plaintiff (s),

V.

CAI-Western Reconveyance

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 4:09-CV-02537 PJH

Notice is hereby given that, subject to approval by the court, __Javier Labra, Wendy Kassner-Labra__ substitutes

(Party (s) Name)

__Pro Se_____ , State Bar No. _____ as counsel of record in

(Name of New Attorney)

place of __Hal Reiland_____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Javier Labra_____

Address: __4847 Hopyard Road, Suite 4312_____

Telephone: __(925) 373-1000_____ Facsimile _____

E-Mail (Optional): __email4javier@gmail.com_____

I consent to the above substitution.

Date: __2/25/2010_____

(Signature of Party (s))

I consent to being substituted.

Date: __2/25/2010_____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __2/25/2010_____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __3/15/10_____

_____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]