UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER LABRA, et al.,

    Plaintiffs,                                                No. C 09-2537 PJH

    v.                                                      **ORDER**

CAL-WESTERN RECONVEYANCE
CORPORATION, et al.,

    Defendants.

_____/

        Plaintiffs' motion for reconsideration of the March 11, 2010, order dismissing defendants Aurora Bank FSB and Aurora Loan Services is DENIED. Plaintiffs did not seek leave to file a motion for reconsideration, as required under Civil Local Rule 7-9(a), and the request for reconsideration does not comply with the standard set forth in Civil Local Rule 7-9(b).

        Plaintiffs' proposed second amended complaint, submitted to the clerk's office on March 26, 2010, will not be accepted for filing. Pursuant to Federal Rule of Civil Procedure 15(a), a party may amend a complaint "once as a matter of course" before a responsive pleading has been filed. Here, following the dismissal of the claims against Aurora Bank FSB and Aurora Loan Services on December 3, 2009, plaintiffs filed a first amended complaint on December 18, 2009. Absent leave of court or the written consent of the

opposing parties, plaintiffs may not file an amended complaint. See Federal Rule of Civil Procedure 15(a).

Plaintiff's motion for electronic case filing is DENIED.

**IT IS SO ORDERED.**

Dated: March 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge