UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER LABRA, et al.,

        Plaintiffs,

        v.

CAL-WESTERN RECONVEYANCE
CORPORATION, et al.,

        Defendants.

_____/

No. C 09-2537 PJH

**ORDER**

    The date for the hearing on defendant Mortgage Electronic Registration Systems Inc's motion to dismiss, previously set for May 26, 2010, has been CONTINUED to Wednesday, June 2, 2010.  Any opposition to the motion shall be filed no later than May 5, 2010, and any reply to the opposition shall be filed no later than May 12, 2010.

    In addition, the date for the case management conference, previously set for Thursday, April 22, 2010, has been VACATED.  The court will set a new date after MERS' motion to dismiss has been resolved.

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____

PHYLLIS J. HAMILTON
United States District Judge