Javier Labra and Wendy Kassner-Labra
4847 Hopyard Road, Suite 4312
Pleasanton, CA 94588
925-600-9000
email-ljavier@gmail.com

Plaintiffs, In Pro Per

# United States District Court

# Northern District of California

| | |
|---|---|
| Javier Labra, Wendy Kassner-Labra<br><br>Plaintiff,<br><br>vs.<br><br>Cal-Western Reconveyance Corporation, Mortgage Electronic Registration Systems, Inc., Aurora Loan Services, Aurora Bank, FSB, Stuart Davis, an individual, NorthPoint Financial Corporation, Wholesale America Mortgage, INC., Fidelity National Title,<br><br>Defendants | Case No. 4:09-CV-02537 PJH<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT STUART DAVIS WITHOUT PREJUDICE<br><br>Date:<br>Time:<br>Court Room:<br><br>United States District Judge,<br>The Honorable Phyllis J. Hamilton |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Javier Labra and Wendy Kassner-Labra ("Plaintiffs"), pro se, and

defendant Stuart Davis hereby stipulate to the dismissal of Stuart Davis from the above-captioned action Without Prejudice.

Davis has not served plaintiffs with any pleadings responsive to the complaint or motion for summary judgment. Each party agrees to bear their own fees and costs.

April 8th, 2010

_____
Javier Labra, Plaintiff Pro Per

April 8th, 2010

_____
Wendy Kassner - Labra, Plaintiff Pro Per

Dated: April 9, 2010

_____
Elizabeth Thompson, Esq., SBN 112888
Jones Bothwell Dion and Thompson LLP
Attorneys for Stuart Davis

SO ORDERED

Dated: 4/16/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton