WILLIAM LEE (SBN 148652) william.lee@fnf.com
PETER K. WOLFF, JR. (SBN 142426) pwolff@fnf.com
100 North Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588

Attorney for Defendant Fidelity National Title Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JAVIER LABRA, WENDY KASSNER-LABRA,<br><br>Plaintiff,<br><br>vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, et al.,<br><br>Defendants. | CASE NO. 4:09-CV-02537 PJH<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE AND [PROPOSED] ORDER<br><br>Judge Phyllis J. Hamilton |

Plaintiffs Javier Labra and Wendy Kassner-Labra, *pro se*, and defendant Fidelity National Title Company hereby stipulate to the dismissal of Fidelity National Title Company from the above-captioned action with prejudice. Each party agrees to bear their own fees and costs.

Dated: 4/8/2010

Javier Labra, *Pro Se*

Dated: 4/8/2010

Wendy Kassner-Labra, *Pro Se*

Dated: 4/12/10

William Lee
Attorney for Fidelity National Title Company

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Fidelity National Title Company is dismissed from the action with prejudice.

Dated: 4/16/10



The Honorable Phyllis J. Hamilton
United States District Judge

-2-    Stipulation for Dismissal & Prop. Order