UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER LABRA, et al.,

    Plaintiffs,

    v.

CAL-WESTERN RECONVEYANCE CORPORATION, et al.,

    Defendants.

_____/

No. C 09-2537 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment against defendant Wholesale America Mortgage, Inc., and plaintiff's motion for default judgment against defendant NorthPoint Financial Corporation.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J