UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER LABRA, et al.,

    Plaintiffs,

v.

CAL-WESTERN RECONVEYANCE CORPORATION, et al.,

    Defendants.
_____/

No. C 09-2537 PJH

**ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT, AND REMANDING CASE**

    Defendants having removed this case pursuant to 28 U.S.C. § 1441(a), (b) and § 1331, and plaintiffs having conceded that they have no claim under the Truth in Lending Act ("TILA") or the Real Estate Settlement Procedures Act ("RESPA"), and no other federal claim having been asserted, the court declines to exercise jurisdiction over the remaining state law claims, see 28 U.S.C. § 1367(c)(3), particularly in view of the fact that the remaining claims raise a substantial state law issue or issues that would be better resolved by a California court.

    In addition, the court has by separate order granted the motion of defendant NorthPoint Financial Corporation to set aside the default entered against it. The court finds that in light of this remand order, the default of defendant Wholesale America Mortgage, Inc., should also be set aside and the motion for default judgment terminated, so that the state court can determine the issue of default and can resolve all claims remaining against any defendant.

Accordingly, this case is hereby REMANDED to the Superior Court of California, County of Contra Costa. The motion of defendant Mortgage Electronic Registration System, Inc. to dismiss the first amended complaint is DENIED without prejudice to refiling in state court, and the date for the hearing on the motion to dismiss, previously set for June 2, 2010, is VACATED. The default of Wholesale American Mortgage, Inc., is hereby SET ASIDE, the reference to the Magistrate Judge is WITHDRAWN, and the motion for default judgment is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: May 27, 2010

PHYLLIS J. HAMILTON
United States District Judge